**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARK DAVID WERTHEIMER, | ) | NO. CV 09-4767-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LEE BACA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 30, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE